PER CURIAM.
Affirmed. Bew v. State, 289 So.2d 465 (Fla.3d DCA 1974); Maruca v. State, 329 So.2d 427 (Fla.3d DCA 1976); Castle v. State, 330 So.2d 10 (Fla.1976); Coney v. State, 341 So.2d 238 (Fla.3d DCA 1976); Coulter Electronics, Inc. v. Dept. of Revenue, 365 So.2d 806 (Fla.1st DCA 1978); State v. Oliver, 368 So.2d 1331 (Fla.3d DCA 1979); Adams v. Williams, 407 U.S. 143, 92 S.Ct. 1921, 32 L.Ed.2d 612 (1972); Section 775.084, Florida Statutes (1975).